**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANO KARL CAGNOLATTI,<br><br>      Petitioner,<br><br>  v.<br><br>DAVID LONG, Warden,<br><br>      Respondent. | NO. ED CV 13-1950-DSF(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 4/17/14

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE